AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska

**RECEIVED** JUN 14 2024
United States Marshals Service
District of Alaska

| UNITED STATES OF AMERICA | ) |
|---|---|
| vs. | ) Case Number: 3:24-CR-00063-JMK-MMS |
| JAMES PEARCE | ) |
| *Defendant* | ) |

USMS - D/ALASKA - WARRANTS
FID # 10496646
WARRANT # 2406-0614-0447
Entered NCIC No
Entered APSIN ___
Removed NCIC ___
Removed APSIN ___

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMES PEARCE,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1038(a)(1) BOMB HOAX AT A FEDERAL BUILDING -Ct 1

Date: June 14, 2024

s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Candice Duncan, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 06/14/2024, and the person was arrested on *(date)* 6/1/2024
at *(city and state)* Anchorage, AK.

Date: 6/17/2024

for: SA B. Ditto
*Arresting officer's signature*

C. Arey USMS for B. Ditto FBI
*Printed name and title*