MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>JAMES SHANNON PEARCE,<br><br>          Defendant. | No. 3:24-cr-00063-SLG-MMS |

**SENTENCING MEMORANDUM**

The Defendant, James Shannon Pearce, entered the U.S. Courthouse & Federal Building in Anchorage, Alaska, on June 11, 2024, and claimed there was a bomb in the federal courthouse. He was detained and questioned by law enforcement and stated unequivocally that there was a bomb set on a timer in the federal courthouse, as well as six others located around Anchorage. Because of Defendant's threat, the building had to be evacuated and cleared and resources from different agencies were required to respond to his threat.

The Parties jointly recommend a sentence of 24 months imprisonment, to run consecutively to Defendant's State of Alaska case no. 3AN-21-00476CR.

The United States further recommends imposition of the following sentence:

```
INCARCERATION ................................................................................ 24 MONTHS
SUPERVISED RELEASE ........................................................................ 3 YEARS
SPECIAL ASSESSMENT .............................................................................. $100
RESTITUTION ............................................................................................... N/A
FINE ............................................................................................................... N/A
```

## FACTS

On June 11, 2024, Defendant James Pearce, entered the U.S. Courthouse & Federal Building in Anchorage, Alaska, and claimed there was a bomb in the federal courthouse. He was detained and questioned by law enforcement and stated unequivocally that there was a bomb set on a timer in the federal courthouse, as well as six others located around Anchorage. Defendant intentionally conveyed false and misleading information in making these bomb threats, under circumstances where such information was reasonably believed and where such information indicated that an activity would take place that would constitute a violation of Title 18 U.S.C. § 844(t)(l).

Defendant was placed under arrest and evacuation procedures commenced, forcing dozens of federal employees and visitors to evacuate the building. Defendant made additional statements after his arrest, claiming that he was a member of Al-Qaeda, that he was conducting surveillance for them, and he referenced ISIS and other terrorist attacks, including the bombing of the Federal Building in Oklahoma City.

Despite the Defendant's significant disruption to many federal employees and cause for alarm, he did promptly accept responsibility.

*U.S. v. PEARCE*
3:24-cr-00063-SLG-MMS          Page 2 of 5
Case 3:24-cr-00063-SLG-MMS    Document 44    Filed 05/05/25    Page 2 of 5

## GUIDELINES CALCULATION

The government agrees with the Guidelines calculation outlined in the presentence report.

## STATUTORY CRITERIA AND RECOMMENDED SENTENCE

The relevant sentencing criteria set out at 18 U.S.C. § 3553(a) support the government's recommend sentence. Among the more significant in this case are:

**1. Nature, circumstances, and seriousness of the offense, and just punishment**

Defendant's bomb threats resulted in the evacuation and closure of the Federal Building and Courthouse, forcing dozens of federal employees and visitors to leave the building, disrupting the operations of federal agencies housed within the building, and rendering those agencies and the courthouse itself inaccessible to the public. Defendant's actions also caused an interagency response, resulting in the diversion of law enforcement resources from the community during that time.

This factor weighs in favor of a 24-month sentence.

**2. History and characteristics of the defendant and adequate deterrence**

Defendant is 41 years old and does have an extensive criminal history. His criminal history appears to be rooted in significant substance abuse and mental health issues, as well as a lack of familial support. Deterrence is a critical factor here because bomb threats and hoaxes to any government facility require substantial responses, even if they do turn out to be a hoax, like this one. The threat to the public is too high to not take it seriously and Defendant made sure to re-iterate his threat several times and in different ways. The response he caused and the resources that required cannot be taken lightly.

A 24-month sentence, to run consecutive to his state sentence, is intended to help the defendant reform, monitor him while on release, serve as a stronger deterrence for future criminality and bomb hoaxes, as well as to protect the public and emergency response resources. This factor weighs in favor of a sentence of 24-month sentence.

### 3. Avoidance of unwarranted disparities

Defendant faces a term of imprisonment of 5 years. A sentence of 24-months is within that guideline range as calculated by Probation and is an appropriate sentence in this case given his history and characteristics, acceptance of responsibility, and because his federal sentence would run consecutive to his state sentence.

## CONCLUSION

Considering the sentencing factors set forth in 18 U.S.C. § 3553(a), particularly those set forth above involving Defendant's conduct, the parties jointly agree that a sentence, within the guideline range, of 24-months is appropriate, to be served consecutive to his State of Alaska case. The Government further requests a 3-year term of supervised release, all of which is sufficient, but not greater than necessary, to achieve the goals of sentencing for this defendant.

RESPECTFULLY SUBMITTED May 5, 2025 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

s/ *Mac Caille Petursson*
MAC CAILLE PETURSSON
Assistant United States Attorney
United States of America

*U.S. v. PEARCE*
3:24-cr-00063-SLG-MMS        Page 4 of 5
Case 3:24-cr-00063-SLG-MMS    Document 44    Filed 05/05/25    Page 4 of 5

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2025
a true and correct copy of the foregoing
was served electronically on all counsel
of record.

s/ *Mac Caille Petursson*

*U.S. v. PEARCE*
3:24-cr-00063-SLG-MMS　　　　Page 5 of 5
　　Case 3:24-cr-00063-SLG-MMS　　Document 44　　Filed 05/05/25　　Page 5 of 5